UST-31, 7-91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| MATHEWS, BRIAN E. | ) | Case No. 09-06121TUC EWH |
| MATHEWS, KRISHA R. | ) | |
| | ) | PETITION TO PAY |
| | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 14U | Arizona Dept. of Revenue<br>1600 W. Monroe, 7th Floor<br>Phoenix, AZ 85007 | $ 1.62 |
| 15 | Tucson Physical Therapy<br>5501 N. Oracle Rd., Ste. 101<br>Tucson, AZ 85704 | 1.46 |
| 21 | Stuart Allan & Assoc.<br>5447 E 5th St., Ste. 110<br>Tucson, AZ 85711 | 4.82 |
| | TOTAL = | $ 7.90 |

| October 4, 2010 | /s/ Gayle E. Mills |
|---|---|
| Date | Gayle E. Mills, Trustee |